Steven G. Rosales
Attorney at Law: 222224
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
JACK L. BOWEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK L. BOWEN,<br><br>    Plaintiff,<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>    Defendant. | No. 2:14-cv-00215-DAD<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 50-day extension of time, to and including October 29, 2014, in which to file Plaintiff's Opening Brief; and that Defendant shall have until November 28, 2014, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due December 18, 2014.  This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

/////

/////

1 | DATE: September 29, 2014         Respectfully submitted,

2 |                                  LAWRENCE D. ROHLFING

3 |                                  /s/ *Steven G. Rosales*

4 |                       BY: _____
                               Steven G. Rosales
5 |                            Attorney for plaintiff Mr. Jack L. Bowen, Jr.

6 |

7 | DATE:  September 29, 2014     BENJAMIN WAGONER
                                  United States Attorney

8 |

9 |                                 /s/ *Ms. Sharon Lahey*

10|                      BY: _____
                              Ms. Sharon Lahey
11|                           Special Assistant United States Attorney
                              Attorneys for defendant Carolyn W. Colvin
12|                           |*authorized by e-mail|

13|                              **ORDER**

14|     Pursuant to the parties' stipulation, IT IS SO ORDERED.

15| Dated:  October 7, 2014

16|

17|                              _____
                                 DALE A. DROZD
18|                              UNITED STATES MAGISTRATE JUDGE

    Ddad1\orders.soc sec
19| bowen0215.stip.eot.ord.doc

-2-